EXHIBIT A #2.pdf                              Open with Google Docs



**COLLIN COUNTY**

Stacey Kemp, County Clerk
2100 Bloomdale Road, Suite 12165
McKinney, Texas 75071
972-548-6423
www.collincountytx.gov

June 01, 2023

Michael S. Martinez
4001 Airport Freeway Suite 150
Bedford, TX 76021

New Case Number with County Court at Law:   004-01560-2023
Old Case Number with Justice of the Peace:   03-EV-23-01070

FAEC HOLDINGS 382123 LLC VS. STEVE ARRON INVESTMENT, LLC, STEVE A FLORES AND ALL OTHER OCCUPANTS

Dear Michael S. Martinez,

The above referenced case has been appealed from the Justice Courts and has been filed in the County Court at Law 4 on June 01, 2023. Please make note of the new case number and refer to this on any new filings.

Also, be advised that in accordance with Rule 510.10(b) of the Texas Rules of Court, it is necessary for the defendant to file a written answer to the court if he/she did not in the Justice Court. This answer must be filed within eight days from the date the transcript was filed. Failure to do this could result in a default judgment.

Please call if we can be of any further assistance.

Sincerely,



ATTEST: STACEY KEMP, COUNTY CLERK
Collin County, Texas
2100 Bloomdale Road, Suite 12165
McKinney, Texas 75071
972-548-6423, METRO 972-424-1460 EXT. 6423

Signed 6/1/2023 3:11:31 PM

Issued By: _Anita Walls_, Deputy
            Anita Walls

C:   Steve Arron Investment, LLC, 1108 N Greenville Avenue Ste 103 Allen, TX 75002
CC:  Michael S. Martinez, 4001 Airport Freeway Suite 150 Bedford TX 76021
CC:  Justice of the Peace, Pct 3, 920 E Park Blvd, Suite 210 Plano, TX 75074

# EXHIBIT "A"

Couldn't preview file
There was a problem loading more pages. Retrying...